AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
DUNCAN FRASER MACDONALD
*Defendant(s)*

Case No. 3:26-mj-1414-PDB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 16-17, 2026 in the county of Clay in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 875(c) | interstate transmission of a threat to injure the person of another |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Special Agent Kenneth Owens, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: September 18, 2026

Patricia D. Barksdale
*Judge's signature*

City and state: Jacksonville, Florida

Patricia D. Barksdale, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kenneth Owens, being duly sworn, state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since August of 2021. Accordingly, I am a "Federal Law Enforcement Officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I am currently assigned to the Jacksonville (Florida) Division of the FBI. I have been employed by the Federal Bureau of Investigation for seventeen years. Prior to becoming a Special Agent, I served as an information Technology Specialist with the Federal Bureau of Investigation. I obtained a Master's degree in Cybersecurity in 2017. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime. In January 2025, I transferred to the North Florida Joint Terrorism Task Force working investigations surrounding domestic and international terrorism. I have gained experience through training at Quantico, Virginia and everyday work relating to conducting these types of investigations. In the performance of my duties, I have also investigated and assisted in the investigation of criminal matters involving the transmission or the attempted transmission, in interstate or foreign commerce, any communication containing any threat to kidnap any person or any threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

2. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement

officers and personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## STATUTORY AUTHORITY

3. This affidavit is being offered in support of a criminal complaint charging DUNCAN FRASER MACDONALD with interstate transmission of a threat to injure, in violation of 18 U.S.C. § 875(c). As set forth below, there is probable cause that on or about September 16, 2026, through on or about September 17, 2026, MACDONALD did send in interstate commerce a true threat to injure any person. According to cellular phone subscriber records, MACDONALD is a resident of Clay County in the Middle District of Florida.

## PROBABLE CAUSE

4. On or about September 17, 2026, the FBI Jacksonville Joint Terrorism Task Force (JTTF) was contacted by A.S., the Community Security Director of the Jewish Federation & Foundation of Northeast Florida Secure Community Network. A.S., who is a former FBI special agent and who has previously provided the FBI with credible information, stated that he received information about videos posted on Instagram by MACDONALD which contained threats of violence toward the Jewish community. A.S. explained that the information was provided to him by a

complainant who was personally familiar with MACDONALD. A.S. provided a screen capture of the Instagram videos, as well as screenshots of text messages between the complainant and MACDONALD, and MACDONALD's contact card in the complainant's phone which displayed the name "Chef Duncan MacDonald" and a listed phone number of (904)762[redacted].

5. I have reviewed the videos from Instagram, which appear to be four video clips that totaled approximately 1 minute and 25 seconds, posted to the Instagram "stories"[1] of Instagram user "_duncannn." In the top left-hand corner of the videos, I observed the username "_duncannn" and "20h," the latter appearing to indicate that the videos had been posted 20 hours earlier.

6. The first video started with an unseen male behind the camera recording firearms, ammunition, accessories, tactical gear, and hardware in a room of a residence. The video panned the room where other unidentified males were seen, along with a Jacksonville Jaguars flag on the wall.

7. While recording, the unseen male stated, "Whole arsenal," then turned the camera onto different racks of firearms mounted to the walls, and said, "You know, you need those, because we're over here gonna hunt Jews. We're gonna, you know, take them out because the Austrian painter was correct." The narrator then

---

1 Instagram "Stories" are temporary photo or video posts which automatically disappear from the poster's profile after 24 hours. Instagram is a social media platform viewable throughout the United States and the world.

showed a tripod, and stated, "Now this is a good mount," and then pointed to a standing gun safe next to the tripod and said, "but what's in there is secret." He then displayed what he described as a "machine table" that "we're building."

8. In the second video, the narrator pointed at one of the items mounted to the wall and stated, "So yeah - this is, yeah, that's the flamethrower, burn you to a fucking crispy critter little homey, but this [pointing again at the tripod] is the big boy, this is the mount for the .50 cal Bushmaster. Shoot somebody in what, under two miles? That's my baby girl. Gonna stretch her legs quick, gotta go to Wisconsin, get the rest of the guns, let's fucking go." Based on my research, I believe ".50 cal Bushmaster" refers to a specific type of heavy caliber long-range precision rifle.

9. In the third video, the narrator displayed a table of loaded firearm magazines, stating, "Ammunition, 40 rounds, 60 rounds, go get em with a big stick." I heard another individual in the background state, "Those are all 5.56." The narrator then showed what appeared to be a tactical vest attached to a wall or door, and stated, "Ping ping, bulletproof vests, also locked and loaded. Let's fucking go."

10. In the fourth video, I observed the narrator turn the camera on himself as he stood in the kitchen of a particular residence. Based on my review of the video and databases showing MACDONALD's driver's license photos, I observed them to be the same person. MACDONALD had a brown beard, a bald head, and was wearing black-framed eyeglasses. MACDONALD, who was standing near another

man who held a pistol, stated, "my little nephew is here now, with his Uncle Duncan. Just like me bro got all the guns, look what he's got."

11. The unidentified younger male could be observed in the video holding a firearm with the slide locked to the rear. At the end of the video, MACDONALD stated, "bulletproof vest ain't gon save yo happy ass."

12. I reviewed screenshots of text messages between the complainant who had seen and reported the Instagram videos and MACDONALD, which reflected the following conversation:

Complainant: you have gone AWOL

Complainant: Sorry we dont plat

MACDONALD: Shabby service tomorrow is gonna be epic

Complainant: You have been publicly exposed

MACDONALD: And....

I believe based on my training and experience that "Shabby service" refers to Jewish shabbat services, which are weekly worship gatherings beginning at sunset on Fridays.

13. I also reviewed an additional screenshot of text messages between the complainant who had seen and reported the Instagram videos and MACDONALD, which reflected the following conversation:

Complainant: (Sent a screenshot of an electronic Tip Form showing that a submission to the FBI had been made).

MACDONALD: Perfect im on gate Parkway here in Jacksonville Florida across the street

Complainant: We have called the news too

Complainant: Massive Community

MACDONALD: And....

Complainant: Hate crime against Jews

MACDONALD: LMFAO

14. In response, law enforcement issued an Emergency Disclosure Request ("EDR") to T-Mobile requesting subscriber information for the telephone number (904)762-[redacted]. I have reviewed the results of that EDR, which documented the following:

a. First Name: Duncan

b. Last Name: MacDonald

c. Address: [redacted] Middleburg, Florida 32068

d. Device Model: TMOREVVL6 5G 64G BLU RSU

e. Device ID: 310260673531908

f. IMEI: 310260673531908

g. Device Number: 861690063060467

15. Additionally, law enforcement issued an EDR to Meta, for subscriber information for Instagram user "_duncannn". I have reviewed the results of the EDR, which documented the following:

a. First Name: Duncan MacDonald

b. Date of Birth: [redacted]1

c. Registered Email Addresses: [redacted]@gmail.com; [redacted]@yahoo.co.uk

16. I have reviewed records from the Florida Department of Highway Safety and Motor Vehicles (FLHSMV), which revealed the following information for MACDONALD:

a. Name: Duncan Fraser Mac Donald

b. SSN: [redacted]

c. Date of Birth: [redacted]1

d. Address: [redacted] Sarasota, Florida 34237

e. State of Birth: Florida

17. I identified one of the other males in MACDONALD's story videos as S.W., based on my review of other Instagram posts by MACDONALD and FLHSMV records relating to S.W. S.W. currently lives on Tunica Trail in Middleburg, in the Middle District of Florida. I have reviewed the real estate listing for S.W.'s address, and pictures of the kitchen match the kitchen shown in

MACDONALD's story videos. Further, on September 18, 2026, FBI surveillance observed a vehicle registered to MACDONALD outside this residence.

**CONCLUSION**

18. Based on the foregoing, on or about September 16, 2026, through September 17, 2026, MACDONALD did send in interstate commerce a true threat to injure any person, that is, a threat made under circumstances that would place a reasonable person in fear of another person being injured, in violation of 18 U.S.C. § 875(c). I request that the Court issue the proposed complaint and arrest warrant.

Kenneth Owens, Special Agent
Federal Bureau of Investigation

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this* 18th *day of September 2026.*

Patricia D. Barksdale

PATRICIA D. BARKSDALE
United States Magistrate Judge