FILED - USDC - FLMD - JAX
OCT 1 2026 PM3:13

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr- 225-HES-LLL
18 U.S.C. § 875(c)
(Threat to Injure)

DUNCAN FRASER MACDONALD

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Threat to Injure)**

Between on or about September 16, 2026 and September 17, 2026, in the Middle District of Florida, and elsewhere, the defendant,

DUNCAN FRASER MACDONALD,

did knowingly transmit in interstate commerce and foreign commerce a communication containing a threat to injure the person of another, that is, a threat to "hunt" Jewish people and "take them out because the Austrian painter was correct," with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: ______________________
DAVID B. MESROBIAN
Assistant United States Attorney

By: ______________________
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
9/30/26 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DUNCAN FRASER MACDONALD

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill.

________________________
Foreperson

Filed in open court this 1st day

of October, 2026.

________________________
Clerk

Bail $________________