OCT 1 2026 PM3:47
FILED - USDC - FLMD - JAX

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
DUNCAN FRASER MACDONALD

*Defendant*

Case No. 3:26-mj- 1414-PDB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DUNCAN FRASER MACDONALD, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interstate transmission of a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Date: September 18, 2026

Patricia D. Barksdale
*Issuing officer's signature*

City and state: Jacksonville, Florida

Patricia Barksdale, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/19/26, and the person was arrested on *(date)* 9/19/26 at *(city and state)* Flagstaff, AZ.

Date: 9/19/26

[signature]
*Arresting officer's signature*

SA Kara Kesler, FBI
*Printed name and title*